WWR# 040283681

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JUDY A NELSEN<br>DONALD E NELSEN<br>                      Debtors<br><br>KEYBANK, N.A.<br>                      Movant | CASE NO.  7<br><br>CHAPTER 19-10608-ref<br><br>**Hearing Date: 05/01/2019**<br>**Hearing Time: 10:00 a.m.** |

<u>REQUEST FOR ADMISSIONS</u>

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondents/Debtors, Judy A Nelsen and Donald E Nelsen, has failed to make the payments that were due to Movant on the dates listed below and in the amounts listed below:

    (a) One (1) monthly payment of $481.60, due on 10/08/2018.

    (b) One (1) monthly payment of $481.60, due on 11/08/2018.

    (c) One (1) monthly payment of $481.60, due on 12/08/2018.

    (d) One (1) monthly payment of $481.60, due on 01/08/2019.

    (e) One (1) monthly payment of $481.60, due on 02/08/2019.

    (f) One (1) monthly payment of $481.60, due on 03/08/2019.

Respectfully Submitted

WELTMAN, WEINBERG & REIS CO., L.P.A.

<u>/s/ Brian Langford</u>
Brian Langford
Weltman, Weinberg & Reis Co., L.P.A.
436 7th Avenue Ste 2500
Pittsburgh, PA 15219
(412) 338-7102
Attorney for Movant