# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| JUDY A. NELSEN | CASE NUMBER: 19-10608-ref |
| DONALD E. NELSEN | |
| DEBTOR(S) | |
| | |
| KEYBANK, N.A., | |
| MOVANT | |

## CERTIFICATE OF SERVICE

I, Christopher Carr, Counsel for Debtor's, do hereby certify that, on the date hereof, I caused to be served, by ECF/electronic mail or first class United States mail, postage prepaid, a true and correct copy of The Debtor's OBJECTION TO MOVANTS MOTION FOR RELIEF FROM AUTOMATIC STAY.

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system the addresses listed below:

UNITED STATES TRUSTEE
USTPRegion03.PH.ECF@usdoj.gov

MICHAEL H KALINER
mhkaliner@gmail.com, pa35@ecfcbis.com


The following persons/entities were sent notice by the United States Postal Service:

Brian Langford
Weltman, Weinberg & Reis Co., L.P.A.
436 7th Avenue Ste 2500
Pittsburgh, PA 15219

Respectfully Submitted,

Date:  April 20, 2019

_____

Christopher Constantine Carr, Esquire
PA Attorney #46249
3240 Tyning Lane
Downingtown, PA  19335
Phone:  610.380.7969
Fax:  888.503.3513
E-Mail:  cccarresq@aol.com