WWR# 040283681

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 7 |
| JUDY A NELSEN | |
| DONALD E NELSEN | CHAPTER 19-10608-elf |
|         Debtors | |
| KEYBANK, N.A. | |
|         Movant | |

**ORDER ON MOTION TO REQUEST CONTINUED HEARING**
**DATE WITH CONCURRENCE**

This cause came on for hearing this _____ day of _____, 2019, upon consideration of the foregoing request to continue with hearing/trial with concurrence, said request is hereby approved and SO ORDERED.

 

Honorable Eric L. Frank
United States Bankruptcy Judge

/s/ Brian Langford
Brian Langford
Weltman, Weinberg & Reis Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA  15219
(412) 338-7102
PA I.D. #324884  blangford@weltman.com