United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-10608-elf
Judy A Nelsen                                                               Chapter 7
Donald E Nelsen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: admin              Page 1 of 2              Date Rcvd: Jun 21, 2019
                               Form ID: 318             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.
```
db/jdb         Judy A Nelsen,    Donald E Nelsen,    2 Golfers Way S,    Thorndale, PA  19372-1118
14266619      +AR Resources, INC,    P.O. Box 1056,    Blue Bell, PA 19422-0287
14266622      +Arcadia Recovery Bureau,    P.O. Box 6768,    Wyomissing, PA 19610-0768
14266623       B&B Collections,    P.O. Box 2137,    Toms River, NJ 08754-2137
14266625       Chase Receivables,    P.O. Box 659,    Caldwell, NJ 07007-0659
14266626      +Chester County Eye Care PC,    Division of Vantage Eye Care, LLC,    915 Old Fern Hill,
                 Building B, Suite 200,    West Chester, PA 19380-4269
14266628      +Chester County Hospital,    701 E Marshall Street,    West Chester, PA 19380-4421
14266627      +Chester County Hospital,    Central Business Office,    701 E Marshall Street,
                 West Chester, PA 19380-4412
14266629       Collection & Credit Department,    Ambulance Billing Department,    Malvern FC Ambulance,
                 P.O. Box 726,    New Cumberland, PA 17070-0726
14266632       Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
14266633       Complete Collection Service,    1007 N. Federal Hwy. #280,    Fort Lauderdale, FL 33304-1422
14266634       East Brandywine Township,    Dennis Mulhern, Tax Collector,    1214 Horseshoe Pike,
                 Downingtown, PA 19335-1132
14266635       East Brandywine Township,    Municipal Authority,    1214 Horseshoe Pike,
                 Downingtown, PA 19335-1132
14266636       Eye Surgery Center of,    Chester County,    140 John Robert Thomas Drive,    Exton, PA 19341-2656
14266637       First Federal Credit Control, Inc.,    24700 Chagrin Blvd,    Suite 205,
                 Cleveland, OH 44122-5662
14266638       Good Fellow Ambulance,    600 Montgomery Avenue,    West Chester, PA 19380-4429
14266639       Great Valley Neurological Assoc, LLC,    11 Industrial Blvd,    Paoli, PA 19301-1632
14266640       Hospital Of The University of,    Pennsylvania,    P.O. Box 829500,    Philadelphia, PA 19182-9500
14266643       Main Line Center for Oral,    and Facial Surgery, LTD,    27 Dowlin Forge Road,
                 Exton, PA 19341-2533
14266644       Main Line Health Care,    PO Box 8500-4600,    Philadelphia, PA 19178-4600
14266645       Medical Associates Of The Main Line,    Attention # 19499K,    P.O. Box 14000,
                 Belfast, ME 04915-4033
14266647       Minquas Fire Company Ambulance,    Billing Office,    P.O. Box 726,
                 New Cumberland, PA 17070-0726
14266648       Newtown Professional Billing, INC,    P.O. Box 235,    Newtown, PA 18940-0235
14266649       Ocean Home Health,    P.O. Box 825570,    Philadelphia, PA 19182-5570
14266650       Ocean Home Health,    P.O. Box 1259,    Department 132849,    Oaks, PA 19456-1259
14266653       PMA Medical Specialists,    P.O. Box 1870,    Cary, NC 27512-1870
14266651       Penn Medicine,    P.O. 824406,    Philadelphia, PA 19182-4406
14266652      +Penn Medicine,    Chester County Hospital,    P.O. Box 2701,    West Chester, PA 19380-0944
14266655       REDICLINIC of PA, LLC,    P.O. Box 19000,    Belfast, ME 04915-4085
14266654       Radiology Associates,    of the Main Line, P.C.,    P.O. Box 678678,    Dallas, TX 75267-8678
14266657       Rehabilitation Associates,    of the Main Line,    Attention # 19498N,    Belfast, ME 04915-4033
14266656       Rehabilitation Associates,    of the Main Line,    414 Paoli Pike,    Malvern, PA 19355-3311
14266658       Robert Cohen DPM, PC,    250 West Lancaster Avenue,    Suite 225,    Paoli, PA 19301-1762
14266660       Surgical Specialists, P.C.,    915 Old Fern Hill Rd,    Suite 201,    West Chester, PA 19380-3431
14266662       The Fairways Apartments,    100 1st Montgomery Blvd,    Thorndale, PA 19372-1138
14266663      +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC#T7416-023,
                 4101 Wiseman Blvd,    San Antonio, TX 78251-4200
14266664       West Chester Anesthesia Associates,    P.O. Box 1259,    Department 92667,    Oaks, PA 19456-1259
14266665       West Chester Anesthesia Associates,    150 Bluff Avenue,    North Augusta, SC 29841-3862
14266666       West Chester Cardiology,    531 Maple Avenue,    West Chester, PA 19380-4416
14266667       Westwood Fire Company 144,    Billing Office,    P.O. Box 726,    New Cumberland, PA 17070-0726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 22 2019 02:37:12      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 22 2019 02:36:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 22 2019 02:37:04      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14266621      +E-mail/Text: rperez@arcadiarecovery.com Jun 22 2019 02:37:00      Arcadia Recovery Bureau,
                 645 Penn Street,    Reading, PA 19601-3543
14266624       E-mail/Text: kellyp@ccpdocs.com Jun 22 2019 02:37:24      Cardiology Consultants PH,
                 207 North Broad Street,    3rd Floor,    Philadelphia, PA 19107-1500
14266630       EDI: WFNNB.COM Jun 22 2019 06:33:00      Comenity Bank/Boscov's,    Bankruptcy Department,
                 P.O. Box 18125,    Columbus, OH 43218-2125
14266631       EDI: WFNNB.COM Jun 22 2019 06:33:00      Comenity Bank/Talbot's,    Bankruptcy Department,
                 P.O. Box 182125,    Columbus, OH 43218-2125
14266641      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 22 2019 02:37:00      Key Bank,
                 4910 Tiedeman Road,    Cleveland, OH 44144-2338
14266642       E-mail/Text: bncnotices@becket-lee.com Jun 22 2019 02:36:20      Kohl's/Capital One, N.A.,
                 PO Box 3115,    Milwaukee, WI 53201-3115
```

```
District/off: 0313-2          User: admin              Page 2 of 2                  Date Rcvd: Jun 21, 2019
                              Form ID: 318             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14266646       +E-mail/Text: unger@members1st.org Jun 22 2019 02:37:34      Member's First Federal Credit Union,
                 5000 Louise Drive,    P.O. Box 40,   Mechanicsburg, PA 17055-0040
14266659       +E-mail/Text: jennifer.chacon@spservicing.com Jun 22 2019 02:37:37
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
14266661        EDI: CITICORP.COM Jun 22 2019 06:33:00      THD/CBNA,    P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14266620*      +AR Resources, Inc.,    P.O. Box 1056,   Blue Bell, PA 19422-0287
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2019 at the address(es) listed below:

```
          BRIAN THOMAS LANGFORD    on behalf of Creditor    KeyBank, N.A. PitEcf@weltman.com
          CHRISTOPHER CONSTANTINE CARR    on behalf of Joint Debtor Donald E Nelsen cccarresq@aol.com,
           loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com
          CHRISTOPHER CONSTANTINE CARR    on behalf of Debtor Judy A Nelsen cccarresq@aol.com,
           loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com
          MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
          MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
           for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Judy A Nelsen** | Social Security number or ITIN **xxx–xx–6845** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Donald E Nelsen** | Social Security number or ITIN **xxx–xx–9684** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **19–10608–elf**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Judy A Nelsen                                      Donald E Nelsen

6/20/19                                            **By the court:**  Eric L. Frank
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**